UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, )  CASE NO. 95-6217
                          )
        Plaintiff,        )  18 USC § 2
                          )  18 USC § 371
                          )  18 USC § 1014
v.                        )  31 USC § 5322(b) MAGISTRATE JUDGE
                          )  31 USC § 5324(3)        SNOW
FRANCO NICOLETTI,         )
a/k/a Franco DiMonica,    )
                          )
        Defendant.        )
_____)  INDICTMENT

The Grand Jury Charges:

## COUNT I

### Introduction

1. At all times relevant hereto, the Savings of America was a subsidiary of Home Savings of America an institution whose accounts were insured by the Federal Deposit Insurance Corporation (FDIC).

2. On or about July 26, 1990, in the Southern District of Florida, the defendant,

FRANCO NICOLETTI, a/k/a Franco DiMonica,

did knowingly and willfully make and cause to be made a material false statement in a document, to wit, submitting fictitious federal income tax returns and a false loan application for the purpose of influencing the action of Savings of America in the making of a loan of $144,000 to Maria Materazzi for the purported purchase of a condominium at Port DeMer located at 1239 Hillsboro Mile, Apartment 409, Hillsboro Beach, Florida.



All in violation of Title 18, United States Code, Sections 1014 and 2.

### COUNT II

#### Introduction

1.  At all times relevant hereto, a Currency Transaction Report (Internal Revenue Service Form 4789) was required to be filed with the Internal Revenue Service for each transaction involving currency in excess of $10,000 with any financial institution, including deposits, withdrawals, exchanges of currency, purchases of cashier's checks, payments, or transfers by, through, or to such financial institution, reflecting the identity of both the persons who conducted the transaction and the person for whom the transaction was conducted.

2.  From on or about March 26, 1992 to in or about September, 1992, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

FRANCO NICOLETTI, a/k/a Franco DiMonica,

together and with others known and unknown to the Grand Jury, did willfully, and knowingly combine, conspire, confederate and agree among themselves and each other to commit certain offenses against the United States as follows:

a.  To defraud the Internal Revenue Service, and agency of the United States, by impairing, obstructing and defeating its authorized function of collecting data and reports of currency transactions exceeding $10,000 for the purpose of detecting and investigating violations of criminal laws; and,

b. For the purposes of evading the reporting requirements of Title 31, United States Code, Section 5313(a) and the regulations promulgated thereunder, to structure, assist in the structuring, and attempt to structure and assist in structuring, transactions with a domestic financial institution, in violation of Title 31, United States Code, Section 5324(3).

**OVERT ACTS**

In furtherance of the conspiracy and to achieve the objects thereof, the defendant and co-conspirators, known and unknown to the grand jury committed and caused to be committed the following overt acts in the Southern District of Florida and elsewhere:

1. On or about March 26, 1992, the defendant, FRANCO NICOLETTI, a/k/a Franco DiMonica, did cause Barbara Lifschultz, to purchase a cashier's check in the amount of $9,500 with United States currency at Lighthouse Point Branch of Hollywood Federal Bank.

2. On or about April 2, 1992, Barbara Lifschultz, at the direction of the defendant, FRANCO NICOLETTI, a/k/a Franco DiMonica, and Claudio Nicoletti signed a check in the amount of $30,000 drawn on NCNB account #3507429330 payable to "Nicoferi Ltd" and deposited at Banco Cafetero in account #3694040010.

3. On or about June 29, 1992, Barbara Lifschultz, at the direction of FRANCO NICOLETTI, a/k/a Franco DiMonica, purchased a cashier's check in the amount of $9,000 with United States currency at the Lighthouse Point Branch of Hollywood Federal Bank and made

United States currency deposits of $9,000 in NCNB account #3507429330 and $5,000 in Banco Cafetero account #4060050010.

4. On or about July 3, 1992, Barbara Lifschultz, at the direction of FRANCO NICOLETTI, a/k/a Franco DiMonica, opened account #824014 at Hollywood Federal Bank and deposited United States currency in the amount of $5,000 into the account.

5. On or about July 7, 1992, Barbara Lifschultz, at the direction of FRANCO NICOLETTI, a/k/a Franco DiMonica, wire transferred $25,000 from NCNB account #3507429330 to bank account #01886BBI.

6. On or about July 8, 1992, Barbara Lifschultz, at the direction of FRANCO NICOLETTI, a/k/a Franco DiMonica, wire transferred $21,000 from Hollywood Federal Bank account #824014 to Banco Cafetero, Nicoferi Ltd. account#3694040010.

7. On or about July 9, 1992, Barbara Lifschultz, at the direction of FRANCO NICOLETTI, a/k/a Franco DiMonica, opened account #899650535 at Southeast Bank and deposited United States currency in the amount of $5,000 into the account.

8. On or about July 10, 1992, Barbara Lifschultz, at the direction FRANCO NICOLETTI, a/k/a Franco DiMonica, signed a check in the amount of $5,000 drawn on Sunbank account #495-126064 and a check in the amount of $15,000 drawn on Hollywood Federal Bank account #824014, both payable to "Nicoferi Ltd" and deposited at Banco Cafetero account #3694040010.

9. On or about July 10, 1992, Barbara Lifschultz, at the direction of FRANCO NICOLETTI, a/k/a Franco DiMonica, opened

account #631819191 at Great Western Bank and deposited a cashier's check in the amount of $3,500 into the account.

10. On or about July 13, 1992, Barbara Lifschultz, at the direction of FRANCO NICOLETTI, a/k/a Franco DiMonica, made United States currency deposits at Great Western Bank (GWB), Southeast Bank (SEB), Hollywood Federal Bank (HFB), NCNB, and SunBank (SB).

11. On or about July 14, 1992, Barbara Lifschultz, at the direction of FRANCO NICOLETTI, a/k/a Franco DiMonica, made United States currency deposits at Southeast Bank (SEB), Hollywood Federal Bank (HFB), Great Western Bank (GWB), NCNB, and SunBank (SB).

12. On or about July 15, 1992, Barbara Lifschultz, at the direction of FRANCO NICOLETTI, a/k/a Franco DiMonica, made United States currency deposits at Southeast Bank (SEB), SunBank (SB), Hollywood Federal Bank (HFB), Great Western Bank (GWB), and NCNB.

13. On or about July 15, 1992, Barbara Lifschultz, at the direction of FRANCO NICOLETTI, a/k/a Franco DiMonica, wire transferred $10,000 from Southeast Bank account #899650535 to Swiss Bank Tower N.Y. credit to I.C.M. #101-WA-359203-000; $6,000 from Hollywood Federal account #824014 to Swiss Bank Tower N.Y. credit to I.C.M. #101-WA-359203-000; $4,000 from NCNB account #3507429330 to Swiss Bank Tower N.Y. credit to I.C.M. #101-WA-359203-000; and, attempted to wire transfer $20,000 from Smith Barney brokerage account #034-450499 to Swiss Bank Tower N.Y. credit to I.C.M. #101-WA-359203-000.

14. On or about July 17, 1992, Barbara Lifschultz, at the direction of FRANCO NICOLETTI, a/k/a Franco DiMonica, opened

California Federal Savings Bank account #2300552299 and Barnett Bank account #1442633063 and deposited United States currency in the amount of $2,500 in each account.

15. On or about July 20, 1992, Barbara Lifschultz, at the direction of FRANCO NICOLETTI, a/k/a Franco DiMonica, opened Glendale Federal Savings Bank account #5-008540 and Citibank account #2195203298 and deposited United States currency in the amount of $2,500 in each account.

16. On or about July 20, 1992, Barbara Lifschultz, at the direction of FRANCO NICOLETTI, a/k/a Franco DiMonica, caused $25,000 to be wire transferred from Hollywood Federal Bank account #824014 to Chase Manhattan credit to Corporacion Financiera del Tolimo S.A., #949-29-409.

17. On or about July 22, 1992, Barbara Lifschultz, at the direction of FRANCO NICOLETTI, a/k/a Franco DiMonica, opened Savings of America account #300-903053 and deposited United States currency in the amount of $2,500 in the account.

18. On or about July 23, 1992, Barbara Lifschultz, at the direction of FRANCO NICOLETTI, a/k/a Franco DiMonica, made United States currency deposits at Great Western Bank (GWB), Southeast Bank (SEB), SunBank (SB), Hollywood Federal Bank (HFB), California Federal Savings Bank (CFSB), Barnett Bank (BB), Glendale Federal Bank (GFB), Citibank (CB), and Bank of North America (BNA).

19. On or about July 24, 1992, Barbara Lifschultz, at the direction of FRANCO NICOLETTI, a/k/a Franco DiMonica, wire

transferred $12,000 from Southeast Bank account #899650535 to Banco Cafetero, Nicoferi Ltd. account #3694040010.

20. On or about July 27, 1992, Barbara Lifschultz, at the direction of FRANCO NICOLETTI, a/k/a Franco DiMonica, made United States currency deposits at Southeast Bank (SEB), SunBank (SB), Great Western Bank (GWB), Hollywood Federal Bank (HFB), California Federal Savings Bank (CFSB), NCNB, Barnett Bank (BB), Glendale Federal Bank (GFB), Citibank (CB), Savings of America (SA), and Bank of North America (BNA).

21. On or about July 28, 1992, Barbara Lifschultz, at the direction of FRANCO NICOLETTI, a/k/a Franco DiMonica, wire transferred $8,000 from Great Western Bank account #631819191 to another account; $6,000 from Hollywood Federal Bank account #824014 to Chase Manhattan credit to Corporacion Financiera del Tolimo S.A., #949-29-409; $8,000 from California Federal Savings Bank account 2300552299 to Banco Atlantico N.Y. credit to Banco De Caldas Asocivicos - Colombia #0909-30-6226-031; $11,000 from Barnett Bank account #1442633063; $6,000 from NCNB account #3507429330 to Nicoferi Ltd. account #3694040010; $9,000 from Glendale Federal to Chase Manhattan credit to Corporacion Financiera del Tolimo S.A., #949-2-40982; $9,000 Citibank account #2195203298 to Chase Manhattan credit to Corporacion Financiera del Tolimo S.A., #949-29-40982; $6,000 from Bank of North America account #79118230 to Banco Atlantico N.Y. credit to Banco De Caldas Asocivicos - Colombia #0909-30-6226-031; $6,000 from Savings of America account #300-903053 to Banco Atlantico N.Y. credit to Banco

De Caldas Asocivicos - Colombia #0909-30-6226-031; and, $8,000 from Southeast Bank account #899650535 to Chase Manhattan credit Corporacion Financiera del Tolima, S.A., Asocivicos #949-2-407892.

22. On or about July 29, 1992, Barbara Lifschultz, at the direction of FRANCO NICOLETTI, a/k/a Franco DiMonica, made United States currency deposits at Hollywood Federal Bank (HFB), California Federal Savings Bank (CFSB), Barnett Bank (BB), NCNB, SunBank (SB), Glendale Federal Bank (GFB), Citibank (CB), Savings of America (SA), Bank of North America (BNA), and Southeast Bank (SEB).

23. On or about July 29, 1992, Barbara Lifschultz at the direction of FRANCO NICOLETTI a/k/a "Franco DiMonica," signed checks payable to Nicoferi Ltd. drawn on Hollywood Federal Account #824014, California Federal Savings Bank account #2300552299, Barnett Bank account #1442633063, NCNB account #3507429330, Sunbank account #495-126064, Glendale Federal Bank account #5-008540, Citibank account #2195203298, Saving of America Bank account #300-903053, and Bank of North America account #79118230.

All in violation of Title 18, United States Code, Section 371.

## COUNT III

On or about June 29, 1992, at Broward County and elsewhere, in the Southern District of Florida, the defendant,

FRANCO NICOLETTI, a/k/a Franco DiMonica,

did knowingly, and willfully and for the purpose of evading the reporting requirements of Title 31, United States Code, Section 5313(a), and the regulations promulgated thereunder, structure,

assist in structuring, and attempt to structure and assist in structuring the following transactions with Hollywood Federal Bank (HFB), NCNB, and Banco Cafetero International (BCI), domestic financial institutions and did so as part of a pattern of illegal activity involving more than $100,000 in a 12-month period:

| BANK | ACCOUNT # | ACCOUNT NAME | DEPOSIT AMOUNT | NATURE OF DEPOSIT |
|---|---|---|---|---|
| HFB | 278440 | Herb & Barbara Lifschultz | $9,000 | Currency |
| NCNB | 3507429330 | Barbara Rose | $9,000 | Currency |
| BCI | 4060050010 | Claudio Nicoletti | $5,000 | Currency |

All in violation of Title 31, United States Code, Sections 5324(3) and 5322(b), Title 31, Code of Federal Regulations, Section 103.11, and Title 18, United States Code, Section 2.

## COUNT IV

On or about July 13, 1992, at Broward County and elsewhere, in the Southern District of Florida, the defendant,

FRANCO NICOLETTI, a/k/a Franco DiMonica,

did knowingly, and willfully and for the purpose of evading the reporting requirements of Title 31, United States Code, Section 5313(a), and the regulations promulgated thereunder, structure, assist in the structuring, and attempt to structure and assist in structuring the following transactions with Great Western Bank (GWB), Southeast Bank (SEB), Hollywood Federal Bank (HFB), NCNB, and SunBank (SB), domestic financial institutions, and did so as part of a pattern of illegal activity involving more than $100,000 in a 12-month period:

| BANK | ACCOUNT # | ACCOUNT NAME | DEPOSIT AMOUNT | NATURE OF DEPOSIT |
|---|---|---|---|---|
| GWB | 631819191 | Barbara Lifschultz and Maria Galvan | $5,000 | Currency |
| SEB | 899650535 | Barbara Lifschultz and Maria Galvan | $5,000 | Currency |
| HFB | 278440 | Herbert & Barbara Lifschultz | $9,000 | Cashier's Check |
| HFB | 824014 | Barbara Lifschultz and Maria Galvan | $9,000 | Currency |
| NCNB | 3507429330 | Barbara Rose | $2,000 | Currency |
| SB | 495-126064 | Barbara Lifschultz | $5,000 | Currency |

All in violation of Title 31, United States Code, Sections 5324(3) and 5322(b), Title 31, Code of Federal Regulations, Section 103.11, and Title 18, United States Code, Section 2.

## COUNT V

On or about July 14, 1992, at Broward County and elsewhere, in the Southern District of Florida, the defendant,

FRANCO NICOLETTI, a/k/a Franco DiMonica,

did knowingly, and willfully and for the purpose of evading the reporting requirements of Title 31, United States Code, Section 5313(a), and the regulations promulgated thereunder, structure, assist in the structuring, and attempt to structure and assist in structuring the following transactions with Southeast Bank (SEB), Hollywood Federal Bank (HFB), Great Western Bank (GWB), NCNB, and SunBank (SB), domestic financial institutions and did so as part of a pattern of illegal activity involving more than $100,000 in a 12-month period:

| BANK | ACCOUNT # | ACCOUNT NAME | DEPOSIT AMOUNT | NATURE OF DEPOSIT |
|---|---|---|---|---|
| SEB | 899650535 | Barbara Lifschultz and Maria Galvan | $2,500 | Currency |
| HFB | 824014 | Barbara Lifschultz and Maria Galvan (Boca West Branch) | $2,500 | Currency |
| HFB | 824014 | Barbara Lifschultz and Maria Galvan (Lighthouse Point) | $2,500 | Currency |
| GWB | 631819191 | Barbara Lifschultz and Maria Galvan | $2,500 | Currency |
| NCNB | 3507429330 | Barbara Rose (Boca Del Mar) | $2,500 | Currency |
| NCNB | 3507429330 | Barbara Rose (West Boca) | $3,000 | Currency |
| SB | 495-126064 | Barbara Lifschultz | $2,500 | Currency |

All in violation of Title 31, United States Code, Sections 5324(3) and 5322(b), Title 31, Code of Federal Regulations, Section 103.11, and Title 18, United States Code, Section 2.

## COUNT VI

On or about July 15, 1992, at Broward County and elsewhere, in the Southern District of Florida, the defendant,

FRANCO NICOLETTI, a/k/a Franco DiMonica,

did knowingly, and willfully and for the purpose of evading the reporting requirements of Title 31, United States Code, Section 5313(a), and the regulations promulgated thereunder, structure, assist in the structuring, and attempt to structure and assist in structuring the following transactions with Southeast Bank (SEB), SunBank (SB), Hollywood Federal Bank (HFB), Great Western Bank (GWB), and NCNB, domestic financial institutions and did so as part

- 11 -

of a pattern of illegal activity involving more than $100,000 in a 12-month period:

| BANK | ACCOUNT # | ACCOUNT NAME | DEPOSIT AMOUNT | NATURE OF DEPOSIT |
|------|-----------|--------------|----------------|-------------------|
| SEB  | 899650535 | Barbara Lifschultz and Maria Galvan | $5,000 | Currency |
| SB   | 495-126064 | Barbara Lifschultz | $2,000 | Currency |
| HFB  | 824014 | Barbara Lifschultz and Maria Galvan | $2,000 | Currency |
| GWB  | 631819191 | Barbara Lifschultz and Maria Galvan | $2,000 | Currency |
| NCNB | 3507429330 | Barbara Rose | $2,000 | Currency |

All in violation of Title 31, United States Code, Sections 5324(3) and 5322(b), Title 31, Code of Federal Regulations, Section 103.11, and Title 18, United States Code, Section 2.

### COUNT VII

On or about July 23, 1992, at Broward County and elsewhere, in the Southern District of Florida, the defendant,

FRANCO NICOLETTI, a/k/a Franco DiMonica,

did knowingly, and willfully and for the purpose of evading the reporting requirements of Title 31, United States Code, Section 5313(a), and the regulations promulgated thereunder, structure, assist in the structuring, and attempt to structure and assist in structuring the following transactions with Great Western Bank (GWB), Southeast Bank (SEB), SunBank (SB), Hollywood Federal Bank (HFB), California Federal Savings Bank (CFSB), Barnett Bank (BB), Glendale Federal Bank (GFB), Citibank (CB), and Bank of North America (BNA), domestic financial institutions and did so as part

of a pattern of illegal activity involving more than $100,000 in a 12-month period:

| BANK | ACCOUNT # | ACCOUNT NAME | DEPOSIT AMOUNT | NATURE OF DEPOSIT |
|------|-----------|--------------|----------------|-------------------|
| GWB  | 631819191 | Barbara Lifschultz and Maria Galvan | $3,000 | Currency |
| SEB  | 899650535 | Barbara Lifschultz and Maria Galvan | $2,500 | Currency |
| SB   | 495-126064 | Barbara Lifschultz | $2,500 | Currency |
| HFB  | 824014 | Barbara Lifschultz and Maria Galvan | $2,500 | Currency |
| CFSB | 2300552299 | Barbara Lifschultz | $2,000 | Currency |
| BB   | 1442633063 | Barbara Lifschultz | $2,500 | Currency |
| GFB  | 5-008540 | Barbara Lifschultz | $2,500 | Currency |
| CB   | 2195203298 | Barbara Lifschultz | $2,500 | Currency |
| BNA  | 79118230 | Barbara Lifschultz | $2,500 | Currency |

All in violation of Title 31, United States Code, Sections 5324(3) and 5322(b), Title 31, Code of Federal Regulations, Section 103.11, and Title 18, United States Code, Section 2.

## COUNT VIII

On or about July 27, 1992, at Broward County and elsewhere, in the Southern District of Florida, the defendant,

FRANCO NICOLETTI, a/k/a Franco DiMonica,

did knowingly, and willfully and for the purpose of evading the reporting requirements of Title 31, United States Code, Section 5313(a), and the regulations promulgated thereunder, structure, assist in the structuring, and attempt to structure and assist in structuring the following transactions with Southeast Bank (SEB),

SunBank (SB), Great Western Bank (GWB), Hollywood Federal Bank (HFB), California Federal Savings Bank (CFSB), NCNB, Barnett Bank (BB), Glendale Federal Bank (GFB), Citibank (CB), Savings of America (SA), and Bank of North America (BNA), domestic financial institutions and did so as part of a pattern of illegal activity involving more than $100,000 in a 12-month period:

| BANK | ACCOUNT # | ACCOUNT NAME | DEPOSIT AMOUNT | NATURE OF DEPOSIT |
|------|-----------|--------------|----------------|-------------------|
| SEB  | 899650535 | Barbara Lifschultz and Maria Galvan | $5,000 | Currency |
| SB   | 495-126064 | Barbara Lifschultz | $5,000 | Currency |
| GWB  | 631819191 | Barbara Lifschultz and Maria Galvan | $5,000 | Currency |
| HFB  | 824014 | Barbara Lifschultz and Maria Galvan | $5,000 | Currency |
| CFSB | 2300552299 | Barbara Lifschultz | $5,000 | Currency |
| NCNB | 3507429330 | Barbara Rose | $5,000 | Currency |
| BB   | 1442633063 | Barbara Lifschultz | $5,000 | Currency |
| GFB  | 5-008540 | Barbara Lifschultz | $5,000 | Currency |
| CB   | 2195203298 | Barbara Lifschultz | $5,000 | Currency |
| SA   | 300-903053 | Barbara Lifschultz | $5,000 | Currency |
| BNA  | 79118230 | Barbara Lifschultz | $5,000 | Currency |

All in violation of Title 31, United States Code, Sections 5324(3) and 5322(b), Title 31, Code of Federal Regulations, Section 103.11, and Title 18, United States Code, Section 2.

## COUNT IX

On or about July 29, 1992, at Broward County and elsewhere, in the Southern District of Florida, the defendant,

FRANCO NICOLETTI, a/k/a Franco DiMonica,

did knowingly, and willfully and for the purpose of evading the reporting requirements of Title 31, United States Code, Section 5313(a), and the regulations promulgated thereunder, structure, assist in the structuring, and attempt to structure and assist in structuring the following transactions with Hollywood Federal Bank (HFB), California Federal Savings Bank (CFSB), Barnett Bank (BB), NCNB, SunBank (SB), Glendale Federal Bank (GFB), Citibank (CB), Savings of America (SA), Bank of North America (BNA), and Southeast Bank (SEB), domestic financial institutions and did so as part of a pattern of illegal activity involving more than $100,000 in a 12-month period:

| BANK | ACCOUNT # | ACCOUNT NAME | DEPOSIT AMOUNT | NATURE OF DEPOSIT |
|------|-----------|--------------|----------------|-------------------|
| HFB  | 824014    | Barbara Lifschultz and Maria Galvan | $3,200 | Currency |
| CFSB | 2300552299 | Barbara Lifschultz | $1,000 | Currency |
| BB   | 1442633063 | Barbara Lifschultz | $1,000 | Currency |
| NCNB | 3507429330 | Barbara Rose | $2,000 | Currency |
| SB   | 495-126064 | Barbara Lifschultz | $3,000 | Currency |
| GFB  | 5-008540   | Barbara Lifschultz | $2,000 | Currency |
| CB   | 2195203298 | Barbara Lifschultz | $2,000 | Currency |
| SA   | 300-903053 | Barbara Lifschultz | $1,000 | Currency |
| BNA  | 79118230   | Barbara Lifschultz | $1,000 | Currency |
| SEB  | 899650535  | Barbara Lifschultz and Maria Galvan | $2,000 | Currency |

All in violation of Title 31, United States Code, Sections 5324(3) and 5322(b), Title 31, Code of Federal Regulations, Section 103.11, and Title 18, United States Code, Section 2.

### COUNT X

1.  Counts I through IX of this Indictment are realleged and expressly incorporated herein for the purposes of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(1). As a result of the foregoing offenses, defendant FRANCO NICOLETTI a/k/a "Franco DiMonica" shall forfeit any and all property, real and personal, involved in the commission of the offenses for which he is charged in Counts I through IX of this Indictment, and all interests and proceeds traceable to such property, including approximately $298,700 in United States Currency, and all traceable interests and proceeds traceable thereto. Such sum, in aggregate, is property that was involved in the aforesaid offenses, that is, monies which the defendant structured assisted in the structuring, and attempted to structure and assist in structuring as described in this Indictment, in violation of Title 31, United States Code, Section, 5324(3), and monies the defendant sought by submitting fictitious federal income tax returns and a false loan application for the purpose of influencing the action of a federally insured financial institution as described in this Indictment, in violation of Title 18, United States Code, Sections 1014. All said offenses being in violation of Title 18, United States Code, Section 982(a)(1).

2. If any of the property described above in paragraph one, which is subject to forfeiture pursuant to Title 31, United States Code, Section 5324(3) and Title 18 United States Code, Sections 1014 and 982(a)(1), as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred to, sold to, or deposited by a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b)(1)(A), to seek forfeiture of any other such property of the defendant up to the value of the property listed above as being subject to forfeiture.

A TRUE BILL

FOREPERSON

KENDALL COFFEY
UNITED STATES ATTORNEY

SCOTT H. BEHNKE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                )
                                         )
            Plaintiff,                   )    CASE NO. _____
                                         )
v.                                       )
                                         )    **CERTIFICATE OF**
FRANCO NICOLETTI                         )
a/k/a Franco DiMonica,                   )    **TRIAL ATTORNEY**
                                         )
            Defendants.                  )
                                         )
_____)

I do hereby certify:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. This case will take __10__ days for the parties to try.

4. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I     0 to 5 days      _____       Petty      _____
   II    6 to 10 days     __XX__       Minor      _____
   III   11 to 20 days    _____       Misdem.    _____
   IV    21 to 60 days    _____       Felony     __XX__
   V     61 days and over _____

5. Has this case been previously filed in Court? __Yes__ (Yes or No)
   Magistrate Court No. _____
   If yes, Judge: __Hurley__   Case No. _____
   (Attach copy of dispositive order)
   **Related case: U.S. v. Barbara Lifschultz, 93-6129-Cr-Hurley**

6. This case originated in the U.S. Attorney's office prior to August 16, 1985. __NO__ (Yes or No)

                                    _____
                                    SCOTT H. BEHNKE
                                    ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET** *

Defendant Name  FRANCO NICOLETTI, a/k/a Franco DiMonica  Case No. _____

Count #  ONE - False statement to a bank

Violation of Title 18, United States Code, Section 1014

Max. Penalty:
Not more than $1,000,000 or imprisoned not more than 20 years or both

Count #  TWO - Conspiracy to defraud the United States

Violation of Title 18, United States Code, Section 371

Max. Penalty:
Not more than $250,000 and imprisoned not more than 5 years or both

Counts #  THREE through Nine - Structuring;

Violation of Title 31, United States Code, Section 5324(3) and 5322(b)

Max. Penalty:
Not more that $500,000 and imprisoned not more than 10 years or both

Counts # _____

Max. Penalty:

Counts # _____

Max. Penalty:

Page 1 of 1

* This is merely a preliminary estimate of the maximum possible incarceration. It does not include any other possible consequence including but not limited to fine, special assessment, restitution, special parole, probation, supervised release, etc.