*United States District Court*

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
V.
FRANCO NICOLETTI, a/k/a Franco DiMonica

**WARRANT FOR ARREST**

CASE NUMBER: 95-6217-CR-GONZALEZ
MAGISTRATE JUDGE SNOW

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest FRANCO NICOLETTI, a/k/a Franco DiMonica

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

FILED BY CARLOS JUENKE CLERK S.D. OF FLA.-FT.L U.S. DIST. CT. 95 NOV -3 PM 3 46 D.C.

charging him or her with (brief description of offense)
Conspiracy to defraud the United States

in violation of Title 18 United States Code, Section(s) 371

CARLOS JUENKE — COURT ADMINISTRATOR/CLERK OF THE COURT
Name of Issuing Officer — Title of Issuing Officer

Signature of Issuing Officer

Fort Lauderdale, Florida — Nov. 3, 1995
Date and Location

Bail fixed at $ _____ by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |