UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 95-6217-CR-GONZALEZ

UNITED STATES OF AMERICA

vs

FRANCO NICOLETTI

FILED by _____ MAGISTRATE SECTION
FEB 9 1996
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

**ARRAIGNMENT INFORMATION SHEET**

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on FEBRUARY 9, 1996 , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:  Address: ~~CUSTODY~~ on bond form

Telephone: _____

DEFENSE COUNSEL:  Name:  FRED HADDAD, ESQ.

Address: _____

Telephone: _____

BOND SET/~~CONTINUED:~~  $ 100,000 CSB + $5,000,000 PSB

Bond hearing held: yes  X   no ____  Bond hearing set for _____

Dated this  9TH  day of  FEBRUARY , 1996.

CARLOS JUENKE
COURT ADMINISTRATOR/CLERK OF COURT

By: Jenny Butler
    Deputy Clerk

Tape No.  96- 012/013

cc: Clerk for Judge
    U. S. Attorney