UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,           CASE NO. 95-6217-CR-GONZALEZ

    Plaintiff,           FLORIDA BAR ID# 182344

v.

FRANCO NICOLETTI,
a/k/a Franco DiMonica,

    Defendant,

LILLIAN NICOLETTI,

    Surety.

_____/

### MOTION OF LILLIAN DINALLO NICOLETTI FOR AN ORDER EXONERATING HER AS SURETY AND DIRECTING THE CLERK OF THE COURT TO SATISFY THE MORTGAGE ENCUMBRANCE SUPPORTING MEMORANDUM OF LAW

    The Surety herein, LILLIAN DINALLO NICOLETTI, moves the Court for an Order exonerating her as surety and directing the Clerk of the United States Court to satisfy a mortgage granted in favor of the Clerk. In support of this Motion, LILLIAN DINALLO NICOLETTI, states:

    1. On February 14, 1996 a mortgage was executed and recorded in favor of the Clerk, United States District Court. A copy of this mortgage is attached hereto as Exhibit "A". This mortgage offers the residence of LILLIAN DINALLO NICOLETTI as security for an appearance bond granted to FRANCO NICOLETTI on February 9, 1996.

    2. Since the execution of the mortgage and granting of the appearance bond, FRANCO NICOLETTI has been charged through another Indictment, has been arrested and has been in continuous federal custody.

    3. Following FRANCO NICOLETTI'S arrest and detention described in Paragraph 2, the Government filed an application to revoke and forfeit the security posted for the bond, such application being calculated to forfeit the residence of LILLIAN DINALLO NICOLETTI.

NON-COMPLIANCE OF S.D. fla. L.R. 5.1.B
      7.1.A.4.
      5.1.A.1.

1



4. On April 9, 1998, this Court entered its Order denying the Government's application to revoke and forfeit the bond. A copy of this Order is attached hereto as Exhibit "B". This Order concludes any further obligation which LILLIAN DINALLO NICOLETTI may have under the bond. FRANCO NICOLETTI being in custody, there is now no reason to maintain the mortgage in favor of the Clerk of the United States District Court.

5. The Government has been requested to cooperate in satisfying the referenced mortgage but has declined to do so.

6. The Clerk requires direction from the Court in order to satisfy the referenced mortgage.

7. This Motion is made in accordance with Federal Rules of Criminal Procedure 46(f).

WHEREFORE, the Surety, LILLIAN DINALLO NICOLETTI, moves the Court for an Order exonerating her as Surety under the appearance bond of February 9, 1996 and directing the Clerk of the United States District Court to execute a Satisfaction of the Mortgage identified as Exhibit "A" hereto, furnishing such satisfaction to counsel for LILLIAN DINALLO NICOLETTI.

I HEREBY CERTIFY that a copy of the foregoing was mailed this 20th day of April, 1998, to: Scott Behnke, Esquire, Assistant U.S. Attorney, 500 East Broward Boulevard, Fort Lauderdale, Florida 33394 and Jane Moskowitz, Esquire, 100 S.E. 2nd Street, Suite 3700, Miami, Florida 33131.

NORMAN MALINSKI, P.A.
20803 Biscayne Boulevard
Suite 200
Aventura, Florida 33180
Telephone: (305) 937-4242

By: _____
NORMAN MALINSKI

RECORD AND RETURN TO:

Clerk, U.S. District Court
Southern District of Florida
299 East Broward Boulevard
Fort Lauderdale, Fl  33301

THIS INSTRUMENT PREPARED BY:

Fred Haddad, Esquire
Nationsbank Building
One Financial Plaza
Suite #2612
Fort Lauderdale, FL  33394
(305) 467-6767

## MORTGAGE DEED

THIS MORTGAGE DEED executed this 14 day of February, 1996. by LILLIAN NICOLETTI AND FRANCO NICOLETTI hereinafter called the Mortgagor, the UNITED STATES OF AMERICA, hereinafter called the Mortgagee (whenever used herein the terms "mortgagor" and "mortgagee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations; and the term "note" includes all the notes herein described if more than one).

N.B. THIS MORTGAGE IS TO SECURE AN APPEARANCE BOND ENTERED BY THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, CASE NO. 95-6217-CR-GONZALEZ IN THE TOTAL AMOUNT OF $5,000,000.00 FOR FRANCO NICOLETTI'S APPEARANCE THEREIN.

WITNESSETH, that for good and valuable considerations, and also in consideration of the aggregate sum named in the Promissory Note of even date herewith, hereinafter described, the Mortgagor hereby grants, bargains, sells, aliens, remises, conveys and confirms unto the Mortgagee all the certain land of which the Mortgagor is now seized and in possession situate in Palm Beach County, Florida, viz:

THE SOUTH 100 FEET OF THE NORTH 280 FEET OF THE SOUTH 1/2 GOVERNMENT LOT 1, AND THE SOUTH 50 FEET OF THE NORTH 1/2 OF NORTH 1/2 OF THE SOUTH 1/2 OF GOVERNMENT LOT 1, SECTION 28, TOWNSHIP 47 SOUTH, RANGE 43 EAST, SUBJECT, HOWEVER, TO THE RIGHT-OF-WAY OF STATE ROAD NO. 140 AS DESCRIBED IN THAT CERTAIN DEED RECORDED IN DEED BOOK 585, PAGE ___, GIVEN BY CLARENCE S. KIRKLAND AND WIFE TO STATE OF FLORIDA, SAID DEED FILED APRIL 24, 1939.

AND

THE NORTH EIGHT FEET OF THE NORTH 133 FEET OF THE SOUTH 990 FEET OF GOVERNMENT LOT 1, SECTION 28, TOWNSHIP 47 SOUTH, RANGE 43 EAST, TOGETHER WITH ALL RIPARIAN RIGHTS THERETO APPERTAINING, BUT SUBJECT TO ANY AND ALL EXISTING EASEMENTS PUBLIC ROAD RIGHTS-OF-WAY.

AND



EXHIBIT A

A PARCEL OF LAND DESCRIBED AS FOLLOWS: FOR A POINT OF BEGINNING RUN NORTH 15 DEGREES 11' 30" EAST 77.33 FEET ON THE EAST RIGHT-OF-WAY OF STATE ROAD NO. 140, FROM THE INTERSECTION OF THE NORTH LINE OF THE SOUTH 990 FEET OF GOVERNMENT LOT 1, SECTION 28, TOWNSHIP 47 SOUTH, RANGE 43 EAST WITH SAID EAST RIGHT-OF-WAY LINE; THENCE FROM SAID POINT OF BEGINNING CONTINUE NORTHEASTERLY ON SAID EAST RIGHT-OF-WAY LINE 7.05 FEET TO THE SOUTH FACE OF CONCRETE WALL; THENCE SOUTH 87 DEGREES 50'00" EAST ON LINE OF SAID SOUTH FACE OF WALL, 182.60 FEET; THENCE NORTH 89 DEGREES 59' 30" WEST 184.50 FEET TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM THAT PORTION OF THE ABOVE DESCRIBED PROPERTIES WHICH WAS CONVEYED TO HAROLD L. BUTTS AND PAULINE BUTTS, HIS WIFE, BY DEED DATED DECEMBER 27, 1945, RECORDED IN DEED BOOK 741, PAGE 97 OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA

LESS AND EXCEPT THE FOLLOWING

THE SOUTH 1/2 OF THE FOLLOWING DESCRIBED PROPERTY LYING WEST OF STATE ROAD A-1-A, TO WIT:

THE SOUTH 100 FEET OF THE NORTH 280 FEET OF THE SOUTH 1/2 OF GOVERNMENT LOT 1, AND THE SOUTH 50 FEET OF THE NORTH 1/2 OF THE NORTH 1/2 OF THE SOUTH 1/2 OF GOVERNMENT LOT 1, SECTION 28, TOWNSHIP 47 SOUTH RANGE 43 EAST, SUBJECT, HOWEVER, TO THE RIGHT-OF-WAY OF OCEAN BOULEVARD AS NOW LAID OUT AND IN USE AND ALSO SUBJECT TO THE RIGHT-OF-WAY OF STATE ROAD NO. 140 AS DESCRIBED IN THAT CERTAIN DEED RECORDED IN DEED BOOK 585, PAGE 236, GIVEN BY CLARENCE S. KIRKLAND AND WIFE TO STATE OF FLORIDA, SAID DEED FILED APRIL 24, 1930.

AND

THE SOUTH 8 FEET OF THE NORTH 133 FEET OF THE SOUTH 900 FEET OF GOVERNMENT LOT 1 LYING WEST OF STATE ROAD A-1-A, SECTION 28, TOWNSHIP 47 SOUTH, RANGE 43 EAST, TOGETHER WITH ALL RIPARIAN RIGHTS THEREUNTO APPERTAINING, BUT SUBJECT TO ANY AND ALL EXISTING EASEMENTS PUBLIC ROAD RIGHTS-OF-WAY.

TO HAVE AND TO HOLD the same together with the tenements, hereditaments and appurtenances thereto belonging, and the rents, issues and profits thereof, unto the Mortgagee, in fee simple.

AND the Mortgagor covenants with the Mortgagee that the Mortgagor is indefeasibly seized of said land in fee simple; that the Mortgagor has good right and lawful authority to convey said land as aforesaid; that the Mortgagor will make such further assurances to perfect the fee simple title to said land in the

2

Mortgage as may reasonable be required; that the Mortgagor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free and clear of all encumbrances.

PROVIDED ALWAYS, that if said Mortgagor shall pay unto said Mortgagee the certain Promissory Note hereinafter substantially copied or identified, to-wit:

---

## MORTGAGE NOTE

$5,000,000.00   Ft. Lauderdale, Florida, February 14, 1996.

FOR VALUE RECEIVED the undersigned promises to pay to the order of the United States of America, the principal sum of FIVE MILLION AND 00/100 ($5,000,000.00) together with interest thereon at the rate of zero percent (0%) per annum from February ____, 1996, if it be found that the Defendant has violated his conditions of release that this mortgage bond is intended to secure.

_____    LILLIAN D. NICOLETTI

_____    FRANCO NICOLETTI
CAM CANELO

---

IN WITNESS WHEREOF, the said Mortgagor has hereunto signed and sealed these presents the day and year first written above.

Signed, sealed and delivered
in the presence of:

_____    LILLIAN D. NICOLETTI

Fred Haddad

STATE OF FLORIDA
COUNTY OF BROWARD

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State and County aforesaid to take acknowledgements, personally appeared LILLIAN D. NICOLETTI to me known to be the person in and who executed the foregoing instrument and he acknowledged before me that she executed the same.

WITNESS my hand and official seal in the County and State last aforesaid this 14 day of February, 1996.

My commission expires:              NOTARY PUBLIC

LAURA IVAN
Notary Public, State of Florida
Comm. expires Apr. 10, 1999
No. CC451948
Bonded Thru Official Notary Service
1-(800) 723-0121

3

IN WITNESS WHEREOF, the said Mortgagor has hereunto signed and sealed these presents the day and year first written above.

Signed, sealed and delivered
in the presence of:

_____ JUAN CANELO
_____ McGowan                    FRANCO NICOLETTI

STATE OF FLORIDA
COUNTY OF BROWARD

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State and County aforesaid to take acknowledgements, personally appeared FRANCO NICOLETTI to me known to be the person in and who executed the foregoing instrument and he acknowledged before me that he executed the same.

WITNESS my hand and official seal in the County and State last aforesaid this 14 day of February, 1996.

My commission expires:                    NOTARY PUBLIC
                                          STEPHEN FALOWSKI

NOTARY PUBLIC, STATE OF FLORIDA
STEPHEN FALOWSKI
COMMISSION NO. CC-272608
MY COMMISSION EXPIRES
MAR. 28, 1997

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.                                 CASE NO. 95-6217-CR-GONZALEZ

FRANCO NICOLETTI
_____/

                                 ORDER

FILED by _____ L.C.

APR 1 0 1998

      **THIS CAUSE** has come before the Court upon the government's motion for revocation and estreature, etc., of appearance bond filed on February 9, 1998. The Court having reviewed the motion, the defendant's response, and the record thereto and being duly advised, it is hereby

      **ORDERED AND ADJUDGED** that the motion is DENIED.

      DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this 9TH day of April, 1998.

_____
HONORABLE JOSE A. GONZALEZ, JR.
UNITED STATES DISTRICT JUDGE

cc: S. Behnke, AUSA
    J. Moskowitz, Esq.
    N. Malinski, Esq.



EXHIBIT B