UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FRANCO NICOLETTI )<br>   a/k/a )<br>Franco Dimonica, )<br>)<br>)<br>Defendant. )<br>_____ / | CASE NO. 95-6217-CR-GONZALEZ<br>CASE NO. 96-6199-CR-HURLEY<br>Magistrate Lurana S. Snow<br><br>GOVERNMENT'S NOTICE OF<br>SUPPLEMENTAL ADDENDUM TO IT'S<br>MOTION FOR AN ORDER TO RETAIN<br>DEFENDANT'S BOND PURSUANT TO<br>18 U.S.C. §2044 |

United States of America, through the undersigned Assistant United States Attorney respectfully files this its notice of supplemental addendum to its motion for an order to retain defendant's bond. In support of this motion, the United States says as follows:

1. On February 9, 1996 at a pretrial detention hearing, Magistrate Judge Snow issued an order in Case Number 95-6217-Cr-JAG placing defendant Franco Nicoletti on $5,000,000 personal surety bond requiring *inter alia* that wife, Lillian Dinallo Nicoletti co-sign on the bond which was to be secured by a mortgage in favor of the United States on the property known as 400 South Ocean Boulevard, Boca Raton, Florida (hereinafter referred to as 400 S. Ocean). On February 15, 1996, as requested by the Court, the defendant filed a mortgage deed in favor of the United States on the property known as 400 S. Ocean in the amount of $5,000,000 to secure Nicoletti's appearance bond. The government later perfected the lien on the property by filing a bill of particulars with the Palm Beach County recorder's office.

2. On November 20, 1996, Franco Nicoletti was arrested on federal money laundering charges resulting in an indictment in Case Number 96-6199-Cr-HURLEY and on

December 10. 1996, Chief Magistrate Snow revoked Nicoletti's bond in Case Number 95-6217-Cr-JAG and detained Nicoletti in Case Number 96-6199-Cr-HURLEY.

3. On July 17, 1997, Lillian Dinallo entered into a contract for the sale of the 400 S. Ocean Boulevard to James Comparato for approximately $5,000,000. As stated in it's motion, the government contends that the quitclaim transfer of Franco Nicoletti's interest in the property to Lillian Dinallo was fraudulent and therefore, does not jeopardize the government's ability to seek attachment of one-half of the net proceeds in the sale of 400 S. Ocean.

4. On February 4, 1998, the government filed motion for revocation and estreature and for entry of an order of forfeiture of appearance bond.

5. On April 10, 1998, Judge Gonzalez issued an Order denying government's motion for revocation and estreature and for entry of an order of forfeiture of appearance bond.

6. On May 19, 1998, Franco Nicoletti was convicted on charges of money laundering and possession of counterfeit securities in case number 96-6199-Cr-HURLEY. Sentencing is currently set for August 28, 1998. Case 95-6217-Cr-GONZALEZ is currently set for trial September 8, 1998.

7. On June 4, 1998, the government filed a motion requesting that the Courts issue an Order that the Clerk retain defendant's one-half interest in the property known as 400 S. Ocean Boulevard, or in the alternative, should the property be sold, that one-half of the net proceeds of the sale of property be deposited with the Court to be applied toward payment of any assessments, fines, restitution, penalty or interest in cases 95-6199-Cr-GONZALEZ and 96-6199-Cr-HURLEY pursuant to 28 U.S.C. §2044 .

8. On June 11, 1998, All South Title & Escrow Co. sent a letter to the undersigned Assistant United States Attorney requesting on behalf of the purchaser of the 400 S. Ocean property, that the government release its lien on said property in exchange for an agreement to place one-half the net proceeds of the sale of said property in an escrow account to be maintained in escrow consistent with the government's motion until the Courts decide what, if any portion of said proceeds, should be used to pay assessments, restitution, fines and penalties pursuant to 28 U.S.C. §2044. (See attached copy)

9. On June 29, 1998, the government responded to All South Title & Escrow Company letter of June 11, 1998, agreeing to release its lien on the property upon placement of one-half of the net proceeds of the sale of 400 S. Ocean Boulevard in an escrow account until both Courts decide what portion if any should be applied toward payment of assessments, restitution, fines and penalties pursuant to 28 U.S.C. §2044. (See attached copy)

10. Clearly, the government's letter is not intended to release the bond itself which is still held by the Court until the Court rules upon surety's motion to estreat said bond.

WHEREFORE, the undersigned respectfully files this notice of supplemental filing to advise the Court that in the event that the Court grants surety's motion for release of bond, the government has agreed to release any and all liens it may have on property of 400 S. Ocean Boulevard in exchange for its agreement to place ½ the net proceeds of the sale of said

property in escrow until both Courts decide what portion if any should be applied toward payment of assessments, restitution, fines and penalties pursuant to 28 U.S.C. §2044.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
SCOTT H. BEHNKE
ASSISTANT UNITED STATES ATTORNEY
No. A5500005
500 E. Broward Blvd.
Ft. Lauderdale, Florida 33394
Telephone: (954) 356-7255 ext. 3518

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on **July 1, 1998 to Jane Moscowitz, Esq.,** attorney for Nicoletti at 100 S.E. 2nd St., Suite 3700, Miami, Florida 33131; and to: AFPD, **Norman Malinski, Esq.**, attorney for Lillian Dinallo at 20803 Biscayne Boulevard, Suite 200, Aventura, Fl. 33180.

_____
SCOTT H. BEHNKE
Assistant United States Attorney

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

500 East Broward Boulevard
Fort Lauderdale, FL 33394
(954) 356-7255

June 29, 1998

In Re: <u>Sale of 400 S. Ocean Blvd., Boca Raton, Florida and disposition of proceeds of said sale</u>.

Laura F. Morgan
All South Title & Escrow Co.
Mercede Executive Tower
1802 North University Dr., Suite 201
Plantation, Fl. 33322
<u>VIA FAX: (954) 423-3699</u>

Dear Ms. Morgan:

Pursuant to your letter dated June 11, 1998, and our conversation of this afternoon, this letter should serve to clarify the government's position with respect to its lien on the above mentioned property. It is my understanding that the proposed sale of the subject property is for a gross purchase price of approximately $5,000,000. Further, you have indicated that the only existing mortgage on said property was for a loan executed in July of 1994 by Franco Nicoletti and Lillian Dinallo-Nicoletti in the amount of approximately $350,000. You have also advised that all costs attributable to the sale of said property are reasonable and customary for a real estate transaction of this nature. Finally, you have indicated that ½ the net proceeds of the sale would be estimated at approximately $2,000,000.

With these understandings, the government agrees to release any and all liens that it may have on the property of 400 S. Ocean Boulevard, Boca Raton, Florida to be substituted by ½ the net proceeds of the sale, or approximately $2,000,000, which shall be place in an escrow account until the Court can determine, what if any, portion of those proceeds shall be applied toward payment of any assessment, fines, restitution or penalties pursuant to the pending 28 U.S.C. §2044 motions filed by the government in the federal cases of <u>United States v. Franco Nicoletti</u> 95-6217-Cr-GONZALEZ and 96-6199-Cr-HURLEY.

If you have any questions concerning this matter, feel free to call.

Sincerely,

Scott H. Behnke
Assistant United States Attorney

# All South Title & Escrow Co.

Mercede Executive Tower
1802 North University Drive, Suite 201
Plantation, Florida 33322

Telephone  (954) 423-1608
Facsimile   (954) 423-3699
E-MAIL  allsoteco@aol.com

June 11, 1998

Scott H. Behnke
Assistant United States Attorney
500 E. Broward Blvd.
Ft. Lauderdale, Florida 33394

RE:   Property located at 400 S. Ocean Blvd.
      Boca Raton, Florida

Dear Mr. Behnke:

As you know, there is a current contract for sale of the property located at 400 South Ocean Boulevard, Boca Raton FL the legal description of which is on the attached Exhibit "A".

This office has been asked to insure the sale of the property to the innocent bona fide purchaser. My underwriter has asked that I write this letter to you and requested acknowledgment that there are no plans to pursue title in and to the property. It is my understanding from a reading of your motion for order to retain defendants bond to be applied towards payment of any assessments, fines, restitution or penalty pursuant to 28 U.S.C. § 2044, that the government is aware of the pending sale to the innocent bona fide purchaser, and the government does not claim any interest or amount over and above the 1/2 of the proceeds of the sale.

In accord with the forgoing, this office has issued the commitment for title insurance providing that 1/2 the proceeds of the sale shall be placed in an escrow account until such time as the rights of the government to any portion of the 1/2 of the proceeds is determined.

I would appreciate it if you please send via facsimile to this office, a written acknowledgment that the contents of this letter are true and correct. And thereafter please keep me advised of the status of the government's claim.

Sincerely,

*Laura F Morgan*
Laura F. Morgan
L:\COREL\OFFICE7\WPDOCS\TITLECO\Dinallo\Behnke letter.wpd

FAX 356-7228