UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
JUN 21 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.O. OF FLA FT. LAUD.

FRANCO NICOLETTI,

    Movant,

v.    CASE NO.  00-7732-CIV-GONZALEZ
              95-6217-CR-GONZALEZ

UNITED STATES OF AMERICA,

    Respondent.

### ORDER

**THIS CAUSE** has come before the Court upon the Report and Recommendation of the Honorable Charlene H. Sorrentino, United States District Magistrate Judge, filed on May 31, 2001; and upon Petitioner Franco Nicoletti's Motion for Leave to file Supplemental Habeas Claim in Light of Report of Magistrate Judge, filed June 12, 2001. Petitioner also has filed objections to the Report and Recommendation.

Magistrate Judge Sorrentino recommends that Petitioner's Motion pursuant to 28 U.S.C. § 2255 be denied.

Having reviewed, <u>de novo</u>, the Motions and being otherwise duly advised, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation of the Honorable Charlene H. Sorrentino is hereby **ADOPTED** and made the Order of this Court. Petitioner's Motion pursuant to 28 U.S.C. § 2255 is **DENIED**.

2. Petitioner Franco Nicoletti's Motion for Leave to file Supplemental Habeas Claim in Light of Report of Magistrate Judge, filed June 12, 2001 is **DENIED**.

3. All other motions not otherwise addressed are hereby **DENIED AS MOOT**.

4. This case is closed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 21st day of June 2001.

_____
JOSE A. GONZALEZ, JR
UNITED STATES DISTRICT JUDGE

cc: Franco Nicoletti, pro se
    Scott H. Behnke, AUSA
    Hon. Charlene H. Sorrentino