UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 95-6217-CR-GONALEZ

UNITED STATES OF AMERICA,

    Plaintiff,

  vs.                              **SATISFACTION OF JUDGMENT**

FRANCO NICOLETTI,

    Defendant.
_____/

The criminal monetary impositions having been paid in full, the Clerk for the Southern District of Florida is hereby authorized and empowered to cancel said judgment of record.

                Respectfully Submitted,

                R. ALEXANDER ACOSTA
                UNITED STATES ATTORNEY

                s/Elizabeth Ruf Stein
            By: ELIZABETH RUF STEIN(354945)
                ASSISTANT U.S. ATTORNEY
                Elizabeth.Stein@usdoj.gov
This Instrument Was Prepared By:    99 N.E. FOURTH STREET
                Miami, Florida 33132
                Tel No: (305) 961-9313
                Fax No:(305) 530-7195
                Attorney for the Plaintiff